THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEGACY PLUS JOINT VENTURE, a Nebraska Joint Venture, HARTMAN CATTLE COMPANY, INC., a Nebraska Corporation, BARRY HALL, an Individual, d/b/a HALL'S CATTLE COMPANY, a Canadian Entity, LEE'S CATTLE COMPANY, an Arizona Corporation, TIM WEBER, an Individual, d/b/a WEBER CATTLE CO., a Nebraska Entity,<br><br>  Plaintiffs,<br><br>vs.<br><br>GLOVER CATTLE COMPANY, an Oklahoma Partnership, RONNIE GLOVER, an Individual, TYLER GLOVER, an Individual, and BRYAN BEGLEY, an Individual,<br><br>  Defendants. | 4:07CV3193<br><br>**MEMORANDUM AND ORDER** |

The plaintiffs have filed a motion to dismiss two defendants and to extend two dates (filing 11). Plaintiffs' motion represents that the defendants do not oppose this motion. Accordingly, I shall grant the plaintiffs' motions.

IT IS ORDERED:

1. Plaintiffs' Unopposed Motion to Dismiss Tyler Glover and Bryan Begley and to Extend Dates (filing 11) is granted;

2. Defendants Tyler Glover and Bryan Begley are dismissed from this case

      without prejudice;

3.     The plaintiffs shall respond to the defendants' motion to dismiss (filing 3) on or before October 22, 2007; and

4.     The parties shall file their Rule 26 Report fourteen (14) days following the court's ruling on the defendants' motion to dismiss.

October 15, 2007.

                        BY THE COURT:
                        s/ *Richard G. Kopf*
                        United States District Judge